UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | No. 3:06-MD-1760 |
| **(MDL No. 1760)** | ) | Judge Campbell/Brown |
| | ) | |
| **This Document Relates to:** | ) | |
| 3:06-cv-00376 (*Kalily*) | ) | 3:06-cv-00817 (*Kuzara*) |
| 3:06-cv-00378 (*Gee*) | ) | 3:06-cv-00975 (*Wegner*) |
| 3:06-cv-00512 (*Schirripa*) | ) | 3:06-cv-00977 (*Cherry*) |
| 3:06-cv-00518 (*Prose*) | ) | 3:06-cv-01029 (*Riley*) |
| 3:06-cv-00519 (*Czernowski*) | ) | 3:06-cv-01031 (*Martin*) |
| 3:06-cv-00815 (*Frazier*) | ) | 3:07-cv-00007 (*Davis*) |

## ORDER

The Magistrate Judge recommends that suggestion of remand be entered in the Group 1 cases listed above, absent any objection by the parties by December 6, 2013.

The Clerk is INSTRUCTED to terminate the following motions as MOOT in the two cases indicated: 3:06-cv-00817 (*Kuzara*) (Doc. 23); 3:06-cv-00977 (*Cherry*) (Doc. 47).

It is so ORDERED.

ENTERED this 25 day of November, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge